1 Steven D. Robinson, WSBA #12999
2 Michael M. Feinberg, WSBA #11811
   KARR TUTTLE CAMPBELL
3 701 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
4 Phone: (206) 223-1313

Hon. Rosanna M. Peterson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY SUPPLY & TOOL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>Defendant.<br><br>———<br><br>UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>STANLEY SUPPLY & TOOL, INC., a New York corporation, GREGG HAGGERTY and GRACE HAGGERTY, individually and the marital community comprised thereof,<br><br>Third Party Defendants. | CASE NO. CV-13-00400-RMP<br><br>STIPULATION AND AGREED MOTION FOR DISMISSAL WITH PREJUDICE |

STIPULATION AND AGREED MOTION
FOR DISMISSAL WITH PREJUDICE - 1
CASE NO. CV-13-00400-RMP
#931126 v1 / 42910-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## STIPULATION

The parties, through their undersigned counsel of record, hereby stipulate that all claims, counterclaims, third party claims and causes of action of the parties in the above-captioned action may be dismissed with prejudice and without costs.

## AGREED MOTION

The parties, through their undersigned counsel of record, hereby move the court for entry of an order, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(II), dismissing all claims, counter claims, third party claims and causes of action in this matter with prejudice and without costs

DATED this 7th day of May, 2014.

KARR TUTTLE CAMPBELL

By /s/ *Steven D. Robinson*
Steven D. Robinson, WSBA #12999
Email: sdrobinson@karrtuttle.com


By /s/ *Michael M. Feinberg*
Michael M. Feinberg, WSBA #11811
Email: mfeinberg@karrtutle.com
701 Fifth Avenue, Suite 3300
Seattle, Washington 98101
Phone: (206) 223-1313

*Attorneys for Plaintiff Stanley and Third Party Defendants Haggerty*

STIPULATION AND AGREED MOTION
FOR DISMISSAL WITH PREJUDICE - 2
CASE NO. CV-13-00400-RMP
#931126 v1 / 42910-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

```
 1
 2                                    NOLD MUCHINSKY PLLC
 3                                    By /s/ David A Nold
                                      David A. Nold, WSBA #19009
 4                                    Email: dnold@noldmuchlaw.com
 5
 6                                    By /s/ Amy K. D'Amao
                                      Amy K. D'Amato, WSBA #43076
 7                                    Bellevue Place, Suite 930
                                      10500 NE 8th Street
 8                                    Bellevue, WA  98004
                                      Phone: (425) 289-5555
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

STIPULATION AND AGREED MOTION
FOR DISMISSAL WITH PREJUDICE - 3
CASE NO. CV-13-00400-RMP
#931126 v1 / 42910-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## DECLARATON OF FILING

I, Heather L. White, declare under the penalty of perjury under the laws of the state of Washington that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On the date set forth below, I caused to be filed with the United States District Court for the Eastern District of Washington the foregoing STIPULATION AND AGRED MOTION FOR DISMISSAL WITH PREJUDICE by using the Court's electronic filing system.

Executed on this 7th day of May, 2014, at Seattle, Washington.

*[signature]*
Heather L. White
Assistant to Steven D. Robinson

STIPULATION AND AGREED MOTION
FOR DISMISSAL WITH PREJUDICE - 4
CASE NO. CV-13-00400-RMP
#931126 v1 / 42910-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100