UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY SUPPLY & TOOL, INC., a New York corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>          Defendant. | NO: 13-CV-400-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>          Third Party Plaintiff,<br><br>   v.<br><br>STANLEY SUPPLY & TOOL, INC., a New York Corporation; and GREGG HAGGERTY and GRACE HAGGERTY, individually and the marital community comprised thereof,<br><br>          Third Party Defendants. | |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **BEFORE** the Court is the parties' Stipulation and Agreed Motion for

2  Dismissal with Prejudice, ECF No. 16.  Having reviewed the Stipulation and the

3  file and pleadings, the Court finds good cause to grant dismissal as requested.

4  Accordingly, **IT IS HEREBY ORDERED:**

5      1. The parties' Stipulation and Agreed Motion, **ECF No. 16**, is

6      **GRANTED**.  Plaintiff's Complaint and any and all claims,

7      counterclaims, third party claims, and causes of action are dismissed **with**

8      **prejudice and without costs to any party**.

9      2. All pending motions, if any, are **DENIED AS MOOT**.

10      3. All scheduled court hearings, if any, are **STRICKEN**.

11      The District Court Clerk is directed to enter this Order, provide copies to

12  counsel, and **close this case**.

13      **DATED** this 7th day of May 2014.

14

15                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON

16                                    Chief United States District Court Judge

17

18

19

20